

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00295-CV

PHOENIX MILLWORK L.L.C.                                       APPELLANT

V.

BANK OF AMERICA, N.A.                                            APPELLEE

------------

## FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion For Voluntary Dismissal Of Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

---

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  December 8, 2011